IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00340-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROSARIO ARMENDARIZ-LOYA

    Defendant.

---

ORDER OF DISMISSAL

---

THE COURT has reviewed the Motion to Dismiss Count One of the Indictment filed on behalf of the United States of America, by Acting United States Attorney David M. Gaouette, through Assistant U.S. Attorney Guy Till. The Motion advises the Court that the Defendant has entered a plea of guilty to Count Two of the Indictment.

The Court is familiar with the case and is sufficiently advised in the premises. The record shows that the Defendant has entered a plea of guilty to Count Two of the Indictment. The Court finds and concludes that the Government's Motion to Dismiss Count One has merit and the Motion shall be granted.

Accordingly, Count One of the Indictment filed in the above captioned case is hereby dismissed as to Defendant Rosario Armendariz-Loya.

It is so ordered.

Signed and entered this 14 day of January, 2009.

BY THE COURT:

WALKER D. MILLER
JUDGE, UNITED STATES DISTRICT COURT